**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| Carol Scarlett | | ) |
| | Plaintiff | ) |
| | | ) |
| v. | | ) Civil Action No  1:24-cv-00386-MSN-WEF |
| | | ) |
| | | ) |
| National Science Foundation | | ) |
| | Defendant | ) |

**JUDGMENT**

Pursuant to the Order of this Court entered on August 6, 2024 and in accordance with Federal

Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant National

Science Foundation and against the Plaintiff Carol Scarlett.

FERNANDO GALINDO, CLERK OF COURT

By: _____
/s/

S. Williams
Deputy Clerk

Dated: 8/6/2024
Alexandria, Virginia